IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM FRANK BOURDIER, JR. * | |
| PLAINTIFF * | |
| * | CIVIL ACTION NO. 11-237-BAJ-SCR |
| VS. * | |
| * | |
| THE DERMATOLOGY AND AESTHETIC * | |
| INSTITUTE, L.L.C. AND * | |
| DONNA G. NUNNALLY * | |
| DEFENDANTS * | |

## ANSWER TO COUNTERCLAIM

NOW INTO COURT, through undersigned counsel, comes William Frank Bourdier, Jr. ("Mr. Bourdier"), named as defendant-in-counterclaim by plaintiffs-in-counterclaim The Dermatology and Aesthetic Institute, L.L.C. and Donna G. Nunnally, who denies each and every allegation of the counterclaim except those specifically admitted herein, and who further answers as follows:

1. Mr. Bourdier admits the allegations of paragraph one of the counterclaim.

2. Mr. Bourdier denies the allegations of paragraph two of the counterclaim regarding jurisdiction.

3. Mr. Bourdier denies the allegations of paragraph three of the counterclaim.

4. Mr. Bourdier denies the allegations of paragraph four of the counterclaim.

5. Mr. Bourdier denies the allegations of paragraph five of the counterclaim.

6. Mr. Bourdier denies the allegations of paragraph six of the counterclaim.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff-in-counterclaim Donna G. Nunnally has failed to state a claim upon which

relief can be granted.

## SECOND DEFENSE

This action for any alleged obligation is prescribed under Louisiana law since this counterclaim was filed more than three years since the charges sued upon herein were allegedly incurred.

## THIRD DEFENSE

This alleged obligation was previously satisfied by a third party, constituting accord and satisfaction, and/or compromise.

## FOURTH DEFENSE

The court lacks subject matter jurisdiction over this counterclaim as it does not arise out of the same transaction or occurrence alleged in the Complaint.

WHEREFORE, defendant-in-counterclaim Williams Frank Bourdier, Jr. respectfully requests that judgment be entered against the plaintiffs-in-counterclaim The Dermatology and Aesthetic Institute, L.L.C. and Donna G. Nunnally and for defendant-in-counterclaim William Frank Bourdier, Jr. dismissing plaintiffs-in-counterclaim's action with prejudice and at their cost, and for such other and further relief as may be just and proper.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of October, 2011, I electronically filed the

foregoing with the Clerk of court by using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

                                         s/Garth J. Ridge
                                         **GARTH J. RIDGE**
                                         Bar Roll Number:  20589
                                         Attorney for Plaintiff
                                         251 Florida Street, Suite 301
                                         Baton Rouge, Louisiana 70801
                                         Telephone Number:  (225) 343-0700
                                         Facsimile Number: (225) 343-7700
                                         E-mail: GarthRidge@aol.com