UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILLIAM FRANK BOURDIER, JR.

VERSUS

THE DERMATOLOGY AND
AESTHETIC INSTITUTE, L.L.C.,
AND DONNA G. NUNNALLY

CIVIL ACTION

NO. 011-237-BAJ-SCR

## RULINGS AND ORDER

This matter is before the Court on a motion by plaintiff, William Frank Bourdier, Jr., for reconsideration of the Court's Ruling of September 14, 2011, insofar as the Court denied plaintiff's Rule 56(d) motion for an extension of time to oppose defendants' motion for summary judgment (doc. 15) and on a motion by plaintiff for reconsideration of the Court's Ruling of September 14, 2011, insofar as the Court granted defendants' motion for summary judgment. The motions are opposed (doc. 16).

The Court finds plaintiff's motions to be without merit and the motions (docs. 15, 16) are **DENIED** for the reasons provided in the Court's Ruling of September 14, 2011 and for the reasons stated in defendants' Opposition to Motion to Reconsider Denial of Rule 56(d) Motion and Motion to Reconsider Ruling Granting Defendants' Motion for Summary Judgment (doc. 16).

Baton Rouge, Louisiana October 7, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA