UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILLIAM FRANK BOURDIER, JR.

VERSUS

THE DERMATOLOGY AND
AESTHETIC INSTITUTE, L.L.C.,
AND DONNA G. NUNNALLY

CIVIL ACTION

NO. 011-237-BAJ-SCR

## RULINGS AND ORDER

Upon consideration of the foregoing motion (doc. 21) by defendants, The Dermatology and Aesthetic Institute, L.L.C. and Donna G. Nunnally, M.D., for leave to file a reply plaintiff's opposition to the pending motion for summary judgment on counterclaim, sanctions, and attorneys' fees:

The motion is **GRANTED** and **IT IS ORDERED** that the proposed reply be filed into the record.

Baton Rouge, Louisiana October 25, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA