UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


WILLIAM FRANK BOURDIER, JR.

CIVIL ACTION

VERSUS

NUMBER 11-237-BAJ-SCR

THE DERMATOLOGY AND AESTHETIC
INSTITUTE, ET AL


### RULING ON MOTION TO COMPEL
### PRODUCTION OF SETTLEMENT AGREEMENT
### and
### ORDER TO PRODUCE SETTLEMENT AGREEMENT

Before the court is the Motion to Compel Production of Confidential Settlement Agreement Between Teri Bourdier and the Dermatology and Aesthetic Institute, L.L.C. Dated August 31, 2009 filed by plaintiff William Frank Bourdier, Jr. Record document number 24. No opposition or other response has been filed.

Plaintiff served a subpoena on attorney Keith Jones for production of the settlement agreement between Teri Bourdier and defendant The Dermatology and Aesthetic Institute, L.L.C.[1] That agreement resolved a state court suit by Teri Bourdier against the defendant.[2] Jones represented Teri Bourdier in that suit.[3] According to the motion, Jones refused to produce a copy of the settlement agreement without a court order because it contains a

---

[1] Record document number 24-1.

[2] Record document number 24-4

[3] *Id.*

Keith Jones

confidentiality provision.[4] In its initial disclosure the defendants identified the settlement agreement as a document they may use to support their claims or defenses.[5] Therefore, the settlement agreement is discoverable pursuant to Rule 26(b)(1), Fed.R.Civ.P., and no party opposed production of it pursuant to a court order.

Accordingly, the plaintiff's Motion to Compel Production of Confidential Settlement Agreement Between Teri Bourdier and the Dermatology and Aesthetic Institute, L.L.C. Dated August 31, 2009 is granted.

IT IS ORDERED that Attorney Keith Jones produce the settlement agreement for inspection and copying by counsel for the plaintiff within seven days.

IT IS FURTHER ORDERED that the clerk of court mail a copy of this ruling and order to Keith Jones at his office address on his letter filed with the motion.[6]

Baton Rouge, Louisiana, January 20, 2012.

_Stephen C. Riedlinger_
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[4] Record document number 24-2.

[5] Record document number 24-5.

[6] Record document number 24-2.

Case 3:11-cv-00237-BAJ -SCR   Document 26   01/20/12   Page 2 of 2