UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILLIAM FRANK BOURDIER, JR.

VERSUS

THE DERMATOLOGY AND AESTHETIC INSTITUTE, LLC, and DONNA G. NUNNALLY

CIVIL ACTION

NO. 11-237-BAJ-SCR

## JUDGMENT

For the written reasons assigned in the Court's Ruling and Order (doc. 12), **IT IS ORDERED, ADJUDGED AND DECREED** that judgment on Plaintiff's Complaint is hereby rendered in favor of defendants, The Dermatology and Aesthetic Institute, LLC, and Donna G. Nunnally, and against plaintiff, William Frank Bourdier, Jr.

For the written reasons assigned in the Court's Ruling (doc. 27), **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that judgment is hereby rendered in favor of plaintiff and counterclaim defendant, William Frank Bourdier, Jr., and against defendants and counterclaim plaintiffs, The Dermatology and Aesthetic Institute, LLC, and Donna G. Nunnally.

Baton Rouge, Louisiana, February 25, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA